**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**MALAYSIA PEREZ-LOCKHART,**

       **Plaintiff,**

**v.**                                   **Civil Action No.  3:25-cv-00370**

**EQUIFAX INFORMATION SERVICES, LLC,**
**EXPERIAN INFORMATION SOLUTIONS, INC.**
**TRANS UNION, LLC and CAPITAL ONE,**
**NATIONAL ASSOCIATION,**

       **Defendants.**

## NOTICE OF SETTLEMENT

    Plaintiff   MALAYSIA   PEREZ-LOCKHART   ("Ms.   Perez-Lockhart"),   by   counsel,   hereby

notifies the Court that a settlement has been reached regarding all claims between Ms. Perez-Lockhart

and   EQUIFAX   INFORMATION   SERVICES,   LLC.     Ms.   Perez-Lockhart   and   EQUIFAX

INFORMATION SERVICES, LLC are in the process of completing the final settlement documents.

Pending   execution   of   these   settlement   documents,   Ms.   Perez-Lockhart   and   EQUIFAX

INFORMATION SERVICES, LLC shall timely file the proper form of dismissal with the Court.

    Dated:   October 16, 2025             Respectfully submitted,

                                    **MALAYSIA PEREZ-LOCKHART,**

                         /s/ *Leonard A. Bennett*
                         Leonard A. Bennett, VSB # 37523
                         CONSUMER LITIGATION ASSOCIATES, P.C.
                         763 J. Clyde Morris
                         Blvd., Suite 1A
                         Newport News, VA 23601
                         757-930-3660
                         Fax: 757-930-3662
                         Email: lenbennett@clalegal.com

                         *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on October 16, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Leonard A. Bennett*
Leonard A. Bennett, VSB # 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris
Blvd., Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com

2