UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

MALAYSIA PEREZ-LOCKHART,

      **Plaintiff,**

**v.**                                            Civil Action No.  3:25-cv-00370

EQUIFAX INFORMATION SERVICES, LLC,
EXPERIAN INFORMATION SOLUTIONS, INC.
TRANS UNION, LLC and CAPITAL ONE,
NATIONAL ASSOCIATION,

      **Defendants.**

## NOTICE OF SETTLEMENT

Plaintiff   MALAYSIA   PEREZ-LOCKHART   ("Ms.   Perez-Lockhart"),   by   counsel,   hereby notifies the Court that a settlement has been reached regarding all claims between Ms. Perez-Lockhart and   CAPITAL   ONE,   NATIONAL   ASSOCIATION.    Ms.   Perez-Lockhart   and   CAPITAL   ONE, NATIONAL ASSOCIATION are in the process of completing the final settlement documents. Pending execution   of   these   settlement   documents,   Ms.   Perez-Lockhart   and   CAPITAL   ONE,   NATIONAL ASSOCIATION shall timely file the proper form of dismissal with the Court.

   Dated:   October 17, 2025               Respectfully submitted,

                                     **MALAYSIA PEREZ-LOCKHART,**

                                /s/ *Leonard A. Bennett*
                                Leonard A. Bennett, VSB # 37523
                                CONSUMER LITIGATION ASSOCIATES, P.C.
                                763 J. Clyde Morris
                                Blvd., Suite 1A
                                Newport News, VA 23601
                                757-930-3660
                                Fax: 757-930-3662
                                Email: lenbennett@clalegal.com

                                *Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 17, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Leonard A. Bennett*
Leonard A. Bennett, VSB # 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris
Blvd., Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com

2