**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**MALAYSIA PEREZ-LOCKHART,**

      **Plaintiff,**

**v.**                            **Civil Action No.  3:25-cv-00370**

**EQUIFAX INFORMATION SERVICES, LLC,**
**EXPERIAN INFORMATION SOLUTIONS, INC.**
**TRANS UNION, LLC and CAPITAL ONE,**
**NATIONAL ASSOCIATION,**

      **Defendants.**

## NOTICE OF SETTLEMENT

Plaintiff   MALAYSIA  PEREZ-LOCKHART  ("Ms.  Perez-Lockhart"),  by  counsel,  hereby notifies the Court that a settlement has been reached regarding all claims between Ms. Perez-Lockhart and TRANS UNION, LLC.  Ms. Perez-Lockhart and TRANS UNION, LLC are in the process of completing  the  final  settlement  documents. Pending  execution  of  these  settlement  documents,  Ms. Perez-Lockhart and TRANS UNION, LLC shall timely file the proper form of dismissal with the Court.

Dated:   October 20, 2025           Respectfully submitted,

                                        **MALAYSIA PEREZ-LOCKHART,**

                              /s/ *Leonard A. Bennett*
                              Leonard A. Bennett, VSB # 37523
                              CONSUMER LITIGATION ASSOCIATES, P.C.
                              763 J. Clyde Morris
                              Blvd., Suite 1A
                              Newport News, VA 23601
                              757-930-3660
                              Fax: 757-930-3662
                              Email: lenbennett@clalegal.com

                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on October 20, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Leonard A. Bennett*
Leonard A. Bennett, VSB # 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris
Blvd., Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com

2