UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MALAYSIA PEREZ-LOCKHART,**

      **Plaintiff,**

**v.**                                                     Civil Action No.  **3:25-cv-00370**

**EQUIFAX INFORMATION SERVICES, LLC,**
**EXPERIAN INFORMATION SOLUTIONS, INC.**
**TRANS UNION, LLC and CAPITAL ONE,**
**NATIONAL ASSOCIATION,**

      **Defendants.**

### NOTICE OF SETTLEMENT

Plaintiff   MALAYSIA PEREZ-LOCKHART ("Ms. Perez-Lockhart"), by counsel, hereby notifies the Court that a settlement has been reached regarding all claims between Ms. Perez-Lockhart and **EXPERIAN INFORMATION SOLUTIONS, INC**.   Ms. Perez-Lockhart and **EXPERIAN INFORMATION SOLUTIONS, INC** are in the process of completing the final settlement documents. Pending execution of these settlement documents, Ms. Perez-Lockhart and **EXPERIAN INFORMATION SOLUTIONS, INC** shall timely file the proper form of dismissal with the Court.

Dated:   November 24, 2025                    Respectfully submitted,

                                 **MALAYSIA PEREZ-LOCKHART,**

                               _/s/ Leonard A. Bennett_
                               Leonard A. Bennett, VSB # 37523
                               CONSUMER LITIGATION ASSOCIATES, P.C.
                               763 J. Clyde Morris
                               Blvd., Suite 1A
                               Newport News, VA 23601
                               757-930-3660
                               Fax: 757-930-3662
                               Email: lenbennett@clalegal.com

                               _Counsel for Plaintiff_

## CERTIFICATE OF SERVICE

I certify that on November 24, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

/s/ *Leonard A. Bennett*
Leonard A. Bennett, VSB # 37523
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris
Blvd., Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@clalegal.com

2