IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MALAYSIA PEREZ-LOCKHART,
     Plaintiff,

v.                                                      Civil Case No. 3:25cv370

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,
     Defendants.

## ORDER

This matter comes before the Court on a consent motion to dismiss filed by the plaintiff, Malaysia Perez-Lockhart. (ECF No. 57.) The motion asks the Court to (1) dismiss with prejudice one defendant, Equifax Information Services, LLC ("Equifax"), and (2) retain jurisdiction to enforce the parties' settlement agreement.

Upon due consideration, the Court GRANTS the motion to dismiss, (ECF No. 57), and DISMISSES WITH PREJUDICE Equifax from the case pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court SHALL retain jurisdiction to enforce the parties' settlement agreements. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 24 February 2026
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge