IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MALAYSIA PEREZ-LOCKHART,
     Plaintiff,

v.                               Civil Case No. 3:25cv370

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,
     Defendants.

## ORDER

This matter comes before the Court on a joint stipulation of dismissal only as to one of the defendants, Trans Union, LLC ("Trans Union"). (ECF No. 63.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal with prejudice of Trans Union from this action, with each side bearing their own attorneys' fees, costs, and expenses. (*Id.* at 1.) The Court ACKNOWLEDGES this voluntary dismissal and TERMINATES Trans Union from the case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 24 February 2026
Richmond, VA

                                     /s/
                                  John A. Gibney, Jr.
                                  Senior United States District Judge