IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MALAYSIA PEREZ-LOCKHART,
    Plaintiff,

v.                                                                                    Civil Case No. 3:25cv370

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,
    Defendants.

## FINAL ORDER

This matter comes before the Court on a joint stipulation of dismissal only as to one of the defendants, Experian Information Solutions, Inc. ("Experian"). (ECF No. 64.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal with prejudice of Experian from this action, with each side bearing their own attorneys' fees, costs, and expenses. (*Id.* at 1.) The Court ACKNOWLEDGES this voluntary dismissal and TERMINATES Experian from the case.

Because no defendants remain in the case, the Court DENIES AS MOOT the pending motions in this case. (ECF Nos. 49, 60.) Further, the Court DIRECTS the Clerk to close the case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 10 March 2026
Richmond, VA

                                  /s/
                          John A. Gibney, Jr.
                          Senior United States District Judge